No. 1191. People, Appellee, *v.* Dávila, Appellant.—Violation of the Weights and Measures Act. San Juan, Section 2. November 9, 1917. *Affirmed.*

No. 1194. People, Appellee, *v.* Feliciano, Appellant.—Carrying Arms. Aguadilla. November 9, 1917. *Affirmed.*

No. 1458. Cruz, Appellant, *v.* Succession of Santiago, Appellee.—Ownership. Ponce. November 9, 1917. *Dismissed for lack of transcript of record.*

No. 1192. People, Appellee, *v.* Rivera et al. (Rivera, Appellant).—Violation of Section 444A of the Penal Code. San Juan, Section 2. November 9, 1917. *Affirmed.*

No. 198. Suárez, Petitioner, *v.* Rossy, District Judge, Respondent.—Certiorari. San Juan, Section 2. November 9, 1917. *Petition denied.*

No. 199. Acha, Petitioner, *v.* Crosas, Acting Judge of San Juan District Court, Section 1, Respondent.—Certiorari. November 9, 1917. *Petition denied.*

No. 21. Majenhs, Appellant, *v.* Padín, Appellee.—Approval of Statement of Case. November 9, 1917. *Petition denied.*

No. 1190. People, Appellee, *v.* Sánchez, Appellant.—Aggravated Assault and Battery. San Juan, Section 2. November 12, 1917. *Affirmed.*